# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| T. Terell Bryan )<br>*Plaintiff* )<br>v. )<br>Warden Michael McCall )<br>*Defendant* ) | Civil Action No. 4:09-cv-2117-TLW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Summary Judgment is entered as to the Respondent, Warden Michael McCall and the Petition is dismissed. The Court concludes that it is not appropriate to issue a certificate of appealability as to the issues raised herein.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge. The Court accepts the Report and Recommendation. Therefore, the respondent's motion for summary judgment is granted, and the petition is dismissed.

Date: July 21, 2010

*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*